1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9              **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,          Case No. 3:23-cr-00020-ART-CLB

12                 Plaintiff,          **ORDER GRANTING**

13          v.                         **STIPULATION TO ADVANCE**
                                       **SENTENCING HEARING**
14  RAMIRO GARCIA,                     **(FIRST REQUEST)**

15                 Defendant.

16

17      IT IS HEREBY STIPULATED AND AGREED by and through RENE L.

18  VALLADARES, Federal Public Defender and ALLIE WILSON, Assistant Federal Public

19  Defender, counsel for RAMIRO GARCIA and SUE FAHAMI, Acting United States Attorney,

20  and ANDREW KEENAN, Assistant United States Attorney, counsel for the UNITED STATES

21  OF AMERICA, that the Sentencing hearing set for April 9, 2025, at 11:00 AM, be vacated and

22  advanced to April 7, 2025, at 2:00 PM.

23

24  / / /

25  / / /

26

The continuance is necessary for the following reasons:

1.      The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2.      Advancement of two days is necessary to ensure continuity of counsel as counsel for the defendant is unavailable at the currently scheduled sentencing hearing due to conflicting professional obligations.

3.      Mr. Garcia is detained and consents to the continuance.

4.      This is the first request to advance the sentencing hearing.

DATED this 31st day of March, 2025.

RENE L. VALLADARES                          SUE FAHAMI
Federal Public Defender                         Acting United States Attorney


By */s/ Allie Wilson*                                By  */s Andrew Keenan*
    ALLIE WILSON                                     ANDREW KEENAN
    Assistant Federal Public Defender               Assistant United States Attorney
    Counsel for RAMIRO GARCIA                 Counsel for the Government

2

1

## __ORDER__

2      Based on the Stipulation of counsel, and good cause appearing,

3      **IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for April

4  9, 2025, at 11:00 AM, be vacated and advanced to April 7, 2025, at 2:00 PM.

5

6

7      DATED this 1st day of April, 2025.

8

9

10  _____
    ANNE R. TRAUM
11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3